UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

*Nicole Marie Herchenbach v. Bayer Corporation, et al.*   No. 10-cv-11278-DRH

*Elizabeth Christina Nunez, et al. v. Bayer Corporation, et al.*   No. 10-cv-12510-DRH

*Elizabeth Diane Oesterle v. Bayer Corporation, et al.*  No. 11-cv-12941-DRH


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 8, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
      **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.06.09 14:07:33 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT